GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  rprongay@glancylaw.com

*Attorneys for Plaintiff David Kinney*
[Additional Counsel Listed On Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KINNEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>             v.<br><br>CAPSTONE TURBINE CORP., DARREN R. JAMISON, EDWARD I. REICH, and JAYME BROOKS,<br><br>                              Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff  David Kinney ("Plaintiff"), by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Capstone Turbine Corp. ("Capstone" or the "Company"), with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Capstone; and (c) review of other publicly available information concerning Capstone.

## NATURE OF THE ACTION AND OVERVIEW

1.     This is a class action on behalf of purchasers of Capstone securities between November 7, 2013 and November 5, 2015, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.     Capstone develops, manufactures, markets and services microturbine technology solutions for use in stationary distributed power generation applications, including cogeneration (combined heat and power, integrated combined heat and power, and combined cooling, heat and power), renewable energy, natural resources and critical power supply.  In addition, the Company's microturbines can be used as battery charging generators for hybrid electric vehicle applications.  Microturbines can purportedly produce power on-site in parallel with the electric grid or stand

alone when no utility grid is available.

3.      On October 1, 2015, Capstone issued a press release disclosing that its preliminary second quarter earnings were "notably below management's expectations and analysts' consensus estimates as continued headwinds in the oil and gas market and a strong U.S. dollar delayed orders and shipments in the quarter."  The Company further disclosed that it "received no significant payments from its Russian distributor, who until recently was one of [its] largest customers."

4.      On this news, shares of Capstone fell $0.09 per share, or more than 25%, to close at $0.25 on October 1, 2015, on unusually heavy trading volume.[1]

5.      On November 5, 2015, after the market closed, Capstone disclosed its second quarter, 2015 results.  The Company disclosed a net loss of $7.9 million or $0.02 per share for the quarter.

6.      On this news, shares of Capstone fell $0.02 per share, or more than 7%, to close at $0.20 on November 6, 2015, on unusually heavy trading volume.

7.      Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that BPC Engineering ("BPC"), one of the Company's main Russian distributors, was unlikely to be able to fulfill

_____

[1] On November 9, 2015, after the end of the Class Period, the Company completed a 1:20 reverse stock split, the prices used in this complaint reflect the pricing, and losses incurred by investors, using the pre-stock split trading prices.

many of its legal and financial obligations to Capstone; (2) that Capstone failed to make appropriate adjustments to its accounts receivable and backlog to account for BPC's inability to fulfill its obligations to Capstone; (3) that, as such, Capstone issued financial statements in violation of Generally Accepted Accounting Principles ("GAAP"); (4) that the Company lacked adequate internal controls over accounting; and (5) that, as a result of the foregoing, the Company's financial statements, as well as Defendants' statements about Capstone's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

8.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

9.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

10.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act (15 U.S.C. §78aa).

11.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and Section 27 of the Exchange Act (15 U.S.C. §78aa(c)).   Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.   Many of the acts charged herein, including the dissemination of

materially false and/or misleading information, occurred in substantial part in this Judicial District.  In addition, the Company's principal executive offices are located within this Judicial District.

12.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## **PARTIES**

13.    Plaintiff, as set forth in the accompanying certification, incorporated by reference herein, purchased Capstone common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

14.    Defendant Capstone is a Delaware corporation with its principal executive offices located at 21211 Nordhoff Street, Chatsworth, California.

15.    Defendant Darren R. Jamison ("Jamison") was, at all relevant times, President and Chief Executive Officer ("CEO") of Capstone.

16.    Defendant Edward I. Reich ("Reich") was Executive Vice President and Chief Financial Officer ("CFO") of Capstone until April 10, 2015.

17.    Defendant Jayme Brooks ("Brooks") currently serves as CFO and Chief Accounting Officer of Capstone, having been elected to this position on or around April 10, 2015.

18.     Defendants Jamison, Reich, and Brooks are collectively referred to hereinafter as the "Individual Defendants." The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Capstone's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

19.     Capstone develops, manufactures, markets and services microturbine technology solutions for use in stationary distributed power generation applications, including cogeneration (combined heat and power, integrated combined heat and power, and combined cooling, heat and power), renewable energy, natural resources

and critical power supply.  In addition, the Company's microturbines can be used as battery charging generators for hybrid electric vehicle applications.  Microturbines can purportedly produce power on-site in parallel with the electric grid or stand alone when no utility grid is available.

### Materially False and Misleading Statements Issued During the Class Period

20.     The Class Period Begins on November 7, 2013.  On that day, Capstone issued a press release entitled, "Capstone Turbine Announces Second Quarter Fiscal Year 2014 Operating Results."  Therein, the Company, in relevant part, stated:

### Strong Cash Flow With $8 Million Generated From Operating Activities

CHATSWORTH, Calif., Nov. 7, 2013 (GLOBE NEWSWIRE) -- **Capstone Turbine Corporation** (Nasdaq:CPST), the world's leading clean technology manufacturer of microturbine energy systems, today announced its financial results for the second quarter of fiscal year 2014 ended September 30, 2013.

### Second Quarter 2014 Highlights

- Total revenue of $35.3 million, up 17% year-over-year
- Product revenue of $28.7 million, up 22% year-over-year
- Gross margin of $4.9 million, up 88% year-over-year
- Gross margin as a percentage of revenue 14%, compared to 9% in second quarter Fiscal 2013
- Fourth consecutive quarter of double-digit gross margin
- Cash from operating activities of $8.0 million

### Management Commentary

"During the second quarter, we delivered a healthy gross margin increase year-over-year while successfully focusing on cash conversion," said Darren Jamison, Capstone's President and Chief Executive Officer. "Our shipments and collections are back on track and we are expecting a return to sequential margin growth in the second half of Fiscal 2014 as revenue accelerate in our typically strongest quarters and traction for our C1000 series continues to build. After generating cash from operations of $8 million for the second quarter, we hope to achieve a targeted cash balance of $30 million by the end of the fiscal year."

**Second Quarter 2014 Financial Summary**

Revenue for the second quarter of Fiscal 2014 was $35.3million, compared to $24.4 million for the first quarter of Fiscal 2014, and $30.1 million for the second quarter of Fiscal 2013.

Capstone's backlog as of September 30, 2013 was $149.8 million, compared to $155.8 million at June 30, 2013, and $141.1 million at September 30, 2012.

Gross margin for the second quarter of Fiscal 2014 was $4.9 million, or 14% of revenue, compared to $3.3 million, or 14% of revenue, for the first quarter of Fiscal 2014, and $2.6 million, or 9% of revenue, for the second quarter of Fiscal 2013.

Research and development expenses were $2.0 million for the second quarter of Fiscal 2014, compared to $2.3 million for the first quarter of Fiscal 2014 and $2.4 million for the second quarter of Fiscal 2013.

Selling, general and administrative expenses were $6.6 million for the second quarter of Fiscal 2014, compared to $7.6 million for the first quarter of Fiscal 2014 and $6.4 million for the second quarter of Fiscal 2013.

Capstone's net loss was $3.9 million, or $0.01 loss per share, for the second quarter of Fiscal 2014,compared to a net loss of $6.8 million, or $0.02 loss per share, for the first quarter of Fiscal 2014, and a net loss of $6.2 million, or $0.02 per share, for the second quarter of Fiscal 2013. Capstone's loss from operations for the second quarter of Fiscal 2014 was $3.7 million, compared to $6.6 million for the first quarter of Fiscal 2014 and $6.2 million for the second quarter of Fiscal 2013.

**Liquidity and Capital Resources**

At September 30, 2013, cash and cash equivalents totaled $28.3 million, compared to $21.6 million at June 30, 2013 and $45.2 million at September 30, 2012.

During the quarter ended September 30, 2013, cash from operating activities was $8.0 million and capital expenditures totaled $0.3 million.This compares to cash used in operating activities of $2.6 million and $0.4 million in capital expenditures during the quarter ended September 30, 2012.

21.     On the same day, Capstone filed its Quarterly Report with the SEC on Form 10-Q for the fiscal quarter ended September 30, 2013.  The Company's Form 10-Q was signed by Defendant Reich, and reaffirmed the Company's financial results previously announced the same day.

22.    The Company's Form 10-Q contained certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), signed by defendants Jamison and Reich, who certified:

1. I have reviewed this report on Form 10-Q of Capstone Turbine Corporation;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiary, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.   The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

23.   On February 10, 2014, Capstone issued a press release entitled, "Capstone Turbine Announces Third Quarter Fiscal Year 2014 Operating Results." Therein, the Company, in relevant part, stated:

**Record Gross Margin of 20% on Record Revenue of $37.0 Million; Record Backlog of $160.4 Million**

CHATSWORTH, Calif., Feb. 10, 2014 (GLOBE NEWSWIRE) -- **Capstone Turbine Corporation** (Nasdaq:CPST), the world's leading clean technology manufacturer of microturbine energy systems, today announced its financial results for the third quarter of fiscal year 2014 ended December 31, 2013.

**Third Quarter 2014 Highlights**

- Record revenue of $37.0 million, up 11% year-over-year
- Record product revenue of $29.9 million, up 14% year-over-year
- Record gross margin of $7.3 million, up 59% year-over-year
- Gross margin as a percentage of revenue of 20%, compared to 14% in third quarter Fiscal 2013
- New product orders of $40.5 million resulting in book-to-bill ratio of 1.4:1
- Cash balance of $31.6 million at December 31, 2013

**Management Commentary**

"During the third Fiscal quarter of 2014 we reached new company highs for quarterly revenue, gross margin and backlog, with strong shipments and solid new order momentum," said Darren Jamison, Capstone's President and Chief Executive Officer. "These strong results reflect the success that we are having in penetrating our key markets such as oil and gas and critical power supply while simultaneously managing costs. Our book-to-bill ratio and ending cash balance were excellent, and we are very close to achieving EBITDA breakeven for the first time in company history. We expect to meet our year-end goals

for cash and EBITDA during the current quarter, closing out another year of exceptional progress for Capstone."

**Third Quarter 2014 Financial Summary**

Revenue for the third quarter of Fiscal 2014 was $37.0 million, compared to $35.3 million for the second quarter of Fiscal 2014, and $33.3 million for the third quarter of Fiscal 2013.

Capstone's backlog as of December 31, 2013 was $160.4 million, compared to $149.8 million at September 30, 2013, and $136.5 million at December 31, 2012.
Gross margin for the third quarter of Fiscal 2014 was $7.3 million, or 20% of revenue, compared to $4.9 million, or 14% of revenue, for the second quarter of Fiscal 2014, and $4.6 million, or 14% of revenue, for the third quarter of Fiscal 2013.

Research and development expenses were $2.3 million for the third quarter of Fiscal 2014, compared to $2.0 million for the second quarter of Fiscal 2014, and $2.2 million for the third quarter of Fiscal 2013.

Selling, general and administrative expenses were $7.0 million for the third quarter of Fiscal 2014, compared to $6.6 million for the second quarter of Fiscal 2014 and $6.8 million for the third quarter of Fiscal 2013.

Capstone's net loss was $2.2 million, or $0.01 loss per share, for the third quarter of Fiscal 2014, compared to a net loss of $3.9 million, or $0.01 loss per share, for the second quarter of Fiscal 2014, and a net loss of $4.5 million, or $0.01 per share, for the third quarter of Fiscal 2013. Capstone's loss from operations for the third quarter of Fiscal 2014 was $1.9 million, compared to $3.7 million for the second quarter of Fiscal 2014, and $4.4 million for the third quarter of Fiscal 2013.

**Liquidity and Capital Resources**

At December 31, 2013, cash and cash equivalents totaled $31.6 million, compared to $28.3 million at September 30, 2013, and $41.9 million at December 31, 2012.
During the quarter ended December 31, 2013, cash used in operating activities was $3.8 million and capital expenditures totaled $0.2 million. This compares to cash used in operating activities of $3.9 million and $0.2 million in capital expenditures during the quarter ended December 31, 2012.

24.     On the same day, Capstone filed its Quarterly Report with the SEC on Form 10-Q for the fiscal quarter ended December 31, 2013.  The Company's Form 10-Q was signed by Defendant Reich, and reaffirmed the Company's financial results previously announced the same day.  The Form 10-Q contained certifications

pursuant to SOX, signed by Defendants Jamison and Reich, substantially similar to the certifications described in ¶22, *supra*

25.   On June 12, 2014, Capstone issued a press release entitled, "Capstone Turbine Announces Fourth Quarter and Fiscal Year 2014 Operating Results." Therein, the Company, in relevant part, stated:

*Record Revenue of $133.1 Million for Fiscal 2014*

*Record Full Year Gross Margin of 16%*

*Record Backlog of $171.6 Million at End of Fiscal 2014*

CHATSWORTH, Calif., June 12, 2014 (GLOBE NEWSWIRE) -- **Capstone Turbine Corporation** (Nasdaq:CPST), the world's leading clean technology manufacturer of microturbine energy systems, today announced its financial results for the fourth quarter and fiscal year ended March 31, 2014.

**Fiscal Year 2014 Highlights**

- Record annual revenue of $133.1 million, up 4% from Fiscal 2013
- Record product revenue of $108.8 million, up 6% from Fiscal 2013
- Gross margin of $21.7 million, or 16% of revenue, compared to $14.4 million, or 11% of revenue, for Fiscal 2013
- Operating loss decreased 30% year-over-year
- New product orders of $131.5 million resulting in book-to-bill ratio of 1.2:1
- Cash balance of $27.9 million at March 31, 2014

**Fourth Quarter 2014 Highlights**

- Fourth quarter revenue of $36.4 million, up 3% year-over-year
- Quarterly revenue has exceeded prior year 26 of last 27 quarters
- Record quarterly product revenue of $30.0 million, up 3% year-over-year
- Fourth quarter gross margin of $6.1 million, up 24% year-over-year
- Gross margin as a percentage of revenue of 17%, compared to 14% in the fourth quarter Fiscal 2013
- New product orders of $41.2 million resulting in book-to-bill ratio of 1.4:1
- Record product backlog of $171.6 million at March 31, 2014, up 15% year-over-year
- Record Factory Protection Plan backlog of $47.2 million at March 31, 2014, up 35% year-over-year

President and Chief Executive Officer Darren Jamison commented, "Capstone achieved another banner year for business development and margin expansion in Fiscal 2014, ending the year with record quarterly product revenue and the second highest quarter for total revenue in company history. We also set new annual records for revenue and gross margin while entering Fiscal 2015 with solid backlog of $171.6 million, also a company record. The comprehensive operational improvements we have made in recent years have enabled us to make consistent progress along our margin improvement path and reach stronger levels of maturity with respect to product development and channel marketing. Overall, we continue to make significant expansion in existing markets and inroads into promising new markets, and our Fiscal 2014 results position us well for continuing success in Fiscal 2015."

**Fourth Quarter 2014 Financial Summary**

Revenue for the fourth quarter of Fiscal 2014 was $36.4 million, compared to $37.0 million for the third quarter of Fiscal 2014, and $35.4 million for the fourth quarter of Fiscal 2013.

Capstone's backlog as of March 31, 2014 was $171.6 million, compared to $160.4 million at December 31, 2013, and $148.9 million at March 31, 2013.

Gross margin for the fourth quarter of Fiscal 2014 was $6.1 million, or 17% of revenue, compared to $7.3 million, or 20% of revenue, for the third quarter of Fiscal 2014, and $5.0 million, or 14% of revenue, for the fourth quarter of Fiscal 2013.

Research and development expenses were $2.5 million for the fourth quarter of Fiscal 2014, compared to $2.3 million for the third quarter of Fiscal 2014, and $2.2 million for the fourth quarter of Fiscal 2013.

Selling, general and administrative expenses were $6.8 million for the fourth quarter of Fiscal 2014, compared to $7.0 million for the third quarter of Fiscal 2014 and $6.7 million for the fourth quarter of Fiscal 2013.

Capstone's net loss was $3.4 million, or $0.01 loss per share, for the fourth quarter of Fiscal 2014, compared to a net loss of $2.2 million, or $0.01 loss per share, for the third quarter of Fiscal 2014, and a net loss of $4.1 million, or $0.01 loss per share, for the fourth quarter of Fiscal 2013. Capstone's loss from operations for the fourth quarter of Fiscal 2014 was $3.1 million, compared to $1.9 million for the third quarter of Fiscal 2014, and $3.9 million for the fourth quarter of Fiscal 2013.

**Fiscal Year 2014 Financial Summary**

Revenue for Fiscal 2014 was $133.1 million, an increase of 4% from $127.6 million for the prior fiscal year.

Fiscal 2014 gross margin was $21.7 million, or 16% of revenue, compared to Fiscal 2013 gross margin of $14.4 million, or 11% of revenue. The year-over-year increase in gross margin of $7.3 million

was the result of overall higher sales volume of microturbine products, lower direct material costs, and decreases in royalty expense, warranty expense, and production and service center labor and overhead expense compared to the prior year.

Research and development expenses were $9.0 million each for Fiscal 2014 and Fiscal 2013. During Fiscal 2014 supplies expense decreased but was offset by a decrease in cost sharing benefits.

Selling, general and administrative expenses were $28.0 million for Fiscal 2014, compared to $27.4 million for Fiscal 2013. The net increase in SG&A expenses was comprised of increases in salaries, facilities, consulting and supplies expenses, partially offset by a decrease in marketing expense.

Capstone's net loss decreased 28% to $16.3 million, or a $0.05 loss per share, for Fiscal 2014, compared to a net loss of $22.6 million, or a $0.07 loss per share, for Fiscal 2013. Capstone's loss from operations for Fiscal 2014 was $15.3 million, a 30% reduction from the Fiscal 2013 loss from operations of $22.0 million.

**Liquidity and Capital Resources**

At March 31, 2014, cash and cash equivalents totaled $27.9 million, compared to $31.6 million at December 31, 2013, and $38.8 million at March 31, 2013.

During the quarter ended March 31, 2014, cash used in operating activities was $3.8 million and capital expenditures totaled $0.4 million. This compares to cash used in operating activities of $3.6 million and $0.3 million in capital expenditures during the quarter ended March 31, 2013.

During the year ended March 31, 2014, Capstone used $15.4 million of cash in operating activities and spent $1.2 million in capital expenditures. The compares to cash used in operating activities of $17.1 million and $1.2 million in capital expenditures during the year ended March 31, 2013.

26. On the same day, Capstone filed its Annual Report with the SEC on Form 10-K for the fiscal year ended March 31, 2014. The Company's Form 10-K was signed by Defendant Reich, and reaffirmed the Company's financial results previously announced the same day. The Form 10-K contained certifications pursuant to SOX, signed by Defendants Jamison and Reich, substantially similar to the certifications described in ¶22, *supra*.

27.     On August 7, 2014, Capstone issued a press release entitled, "Capstone Turbine Announces First Quarter Fiscal Year 2015 Operating Results."  Therein, the Company, in relevant part, stated:

**Record Product Backlog of $175.2 Million at June 30, 2014**

CHATSWORTH, Calif., Aug. 7, 2014 (GLOBE NEWSWIRE) -- **Capstone Turbine Corporation** (Nasdaq:CPST), the world's leading clean technology manufacturer of microturbine energy systems, today announced its financial results for the first quarter of fiscal year 2015 ended June 30, 2014.

**First Quarter 2015 Highlights**

- Revenue of $23.3 million, product revenue of $17.6 million
- Gross margin of $3.4 million, or 15% of revenue
- Product backlog of $175.2 million at June 30, 2014
- Cash balance of $46.7 million at June 30, 2014

President and Chief Executive Officer Darren Jamison commented, "Lower than expected revenue and excess finished goods for the first quarter were due to delayed shipment requests for the delivery and installation of equipment on project sites. The timing fluctuations were not the result of any pattern of project cancellations or postponements by customers, but instead reflect the inconsistent nature of our business on a quarter-to-quarter basis. Gross margin showed a modest increase year-over-year despite the softer revenue level, which demonstrates the operating and direct material cost improvements that we have made to our manufacturing processes. Our pipeline remains stronger than ever as a result of the long-term secular trends driving the markets for distributed power generation. With another record high for backlog set at the end of the first quarter, we expect to be able to make up the first quarter shortfall in revenue throughout the remainder of Fiscal 2015 as we drive our business toward profitability."

**First Quarter 2015 Financial Summary**

Revenue for the first quarter of Fiscal 2015 was $23.3 million, compared to $36.4 million for the fourth quarter of Fiscal 2014, and $24.4 million for the first quarter of Fiscal 2014.

Capstone's backlog as of June 30, 2014 was $175.2 million, compared to $171.6 million at March 31, 2014, and $155.8 million at June 30, 2013.

Gross margin for the first quarter of Fiscal 2014 was $3.4 million, or 15% of revenue, compared to $6.1 million, or 17% of revenue, for the fourth quarter of Fiscal 2014, and $3.3 million, or 14% of revenue, for the first quarter of Fiscal 2014.

Research and development expenses were $2.3 million for the first

quarter of Fiscal 2015, compared to $2.5 million for the fourth quarter of Fiscal 2014, and $2.3 million for the first quarter of Fiscal 2014.

Selling, general and administrative expenses were $7.8 million for the first quarter of Fiscal 2015, compared to $6.8 million for the fourth quarter of Fiscal 2014 and $7.6 million for the first quarter of Fiscal 2014.

Capstone's net loss was $6.8 million, or $0.02 loss per share, for the first quarter of Fiscal 2015, compared to a net loss of $3.4 million, or $0.01 loss per share, for the fourth quarter of Fiscal 2014, and a net loss of $6.8 million, or $0.02 loss per share, for the first quarter of Fiscal 2014. Capstone's loss from operations for the first quarter of Fiscal 2015 was $6.7 million, compared to $3.1 million for the fourth quarter of Fiscal 2014, and $6.6 million for the first quarter of Fiscal 2014.

**Liquidity and Capital Resources**

At June 30, 2014, cash and cash equivalents totaled $46.7 million, compared to $27.9 million at March 31, 2014, and $21.6 million at June 30, 2013.

During the quarter ended June 30, 2014, cash used in operating activities was $9.1 million and capital expenditures totaled $0.2 million. This compares to cash used in operating activities of $15.9 million and $0.3 million in capital expenditures during the quarter ended June 30, 2013.

On May 6, 2014, Capstone closed a public offering of 18,825,000 shares of its common stock at a price of $1.70 per share. Net proceeds from the sale of the shares, after deducting fees and other offering expenses, were approximately $29.8 million.

On June 9, 2014, Capstone amended its credit facility with Wells Fargo Bank to increase the maximum borrowing capacity by $5 million to $20 million, amend the financial covenants, and extend the maturity date of one of the lines of credit to September 30, 2017. Additionally, this amendment made certain changes to decrease the required minimum cash balance relative to the outstanding line of credit advances and set the financial covenants for Fiscal 2015. The amendment also added a $0.5 million non-revolving capital expenditure line of credit.

28.     On the same day, Capstone filed its Quarterly Report with the SEC on Form 10-Q for the fiscal quarter ended June 30, 2014.  The Company's Form 10-Q was signed by Defendant Reich, and reaffirmed the Company's financial results previously announced the same day.   The Form 10-Q contained certifications pursuant to SOX, signed by Defendants Jamison and Reich, substantially similar to

the certifications described in ¶22, *supra*.

29.     On November 6, 2014, Capstone issued a press release entitled,

"Capstone Turbine Announces Second Quarter Fiscal Year 2015 Operating

Results." Therein, the Company, in relevant part, stated:

### Gross Margin Increased 240 Basis Points Year-Over-Year Despite Softer Revenue

CHATSWORTH, Calif., Nov. 6, 2014 (GLOBE NEWSWIRE) -- **Capstone Turbine Corporation** (Nasdaq:CPST), the world's leading clean technology manufacturer of microturbine energy systems, today announced its financial results for the second quarter of fiscal year 2015 ended September 30, 2014.

**Second Quarter 2015 Highlights**

- Revenue of $32.2 million, product revenue of $26.7 million
- Gross margin of $5.2 million, or 16% of revenue
- Product backlog of $172.3 million at September 30, 2014
- Cash balance of $40.8 million at September 30, 2014

President and Chief Executive Officer Darren Jamison commented, "The second quarter of Fiscal 2015 was a vast improvement over the first quarter in terms of the timing of shipments and overall sales volume and revenue. Gross margin increased 240 basis points year-over-year despite softer revenue, a direct result of the substantial operational improvements we are continuing to make to reduce our manufacturing costs. Backlog remains high, which is a key leading indicator of future revenue. Based on our order flow and pipeline, we believe that we will return to year-over-year revenue growth and advance toward profitability in the second half of Fiscal 2015, typically our strongest quarters of the year."

**Second Quarter 2015 Financial Summary**

Revenue for the second quarter of Fiscal 2015 was $32.2 million, compared to $23.3 million for the first quarter of Fiscal 2015, and $35.3 million for the second quarter of Fiscal 2014.

Capstone's backlog as of September 30, 2014 was $172.3 million, compared to $175.2 million at June 30, 2014, and $149.8 million at September 30, 2013.
Gross margin for the second quarter of Fiscal 2015 was $5.2 million, or 16% of revenue, compared to $3.4 million, or 15% of revenue, for the first quarter of Fiscal 2015, and $4.9 million, or 14% of revenue, for the second quarter of Fiscal 2014.

Research and development expenses were $2.1 million for the second quarter of Fiscal 2015, compared to $2.3 million for the first quarter of Fiscal 2015, and $2.0 million for the second quarter of Fiscal 2014.

Selling, general and administrative (SG&A) expenses were $9.5 million for the second quarter of Fiscal 2015, compared to $7.8 million for the first quarter of Fiscal 2015 and $6.6 million for the second quarter of Fiscal 2014. The net increase in SG&A expenses was comprised primarily of $2.9 million in bad debt reserve representing an accounts receivable allowance for a single customer during the three months ended September 30, 2014. SG&A expenses net of the bad debt reserve for a single customer were $6.6 million for the second quarter of Fiscal 2015, compared to SG&A expenses of $7.8 million for the first quarter of Fiscal 2015 and $6.6 million for the second quarter of Fiscal 2014.

Capstone's net loss was $6.5 million, or $0.02 loss per share, for the second quarter of Fiscal 2015, compared to a net loss of $6.8 million, or $0.02 loss per share, for the first quarter of Fiscal 2015, and a net loss of $3.9 million, or $0.01 loss per share, for the second quarter of Fiscal 2014. Capstone's loss from operations for the second quarter of Fiscal 2015 was $6.4 million, compared to $6.7 million for the first quarter of Fiscal 2015, and $3.7 million for the second quarter of Fiscal 2014. Capstone's loss from operations net of the bad debt reserve for a single customer was $3.4 million for the second quarter of Fiscal 2015, compared to the loss from operations of $6.7 million for the first quarter of Fiscal 2015, and $3.7 million for the second quarter of Fiscal 2014.

**Liquidity and Capital Resources**

At September 30, 2014, cash and cash equivalents totaled $40.8 million, compared to $46.7 million at June 30, 2014, and $28.3 million at September 30, 2013.

During the quarter ended September 30, 2014, cash used in operating activities was $5.6 million and capital expenditures totaled $0.7 million. This compares to cash generated from operating activities of $8.0 million and $0.3 million in capital expenditures during the quarter ended September 30, 2013.

30.     On the same day, Capstone filed its Quarterly Report with the SEC on Form 10-Q for the fiscal quarter ended September 30, 2014.  The Company's Form 10-Q was signed by Defendant Reich, and reaffirmed the Company's financial results previously announced on the same day.   The Form 10-Q contained certifications pursuant to SOX, signed by Defendants Jamison and Reich, substantially similar to the certifications described in ¶22, *supra*.

31.     On February 5, 2015, Capstone issued a press release entitled,

"Capstone Turbine Announces Third Quarter Fiscal Year 2015 Operating Results."

Therein, the Company, in relevant part, stated:

**Record Quarterly Gross Margin Percentage - 20.3%**

CHATSWORTH, Calif., Feb. 5, 2015 (GLOBE NEWSWIRE) -- **Capstone Turbine Corporation** (Nasdaq:CPST), the world's leading clean technology manufacturer of microturbine energy systems, today announced its financial results for the third quarter of fiscal year 2015 ended December 31, 2014.

**Third Quarter 2015 Highlights**

- Revenue of $30.1 million, product revenue of $22.5 million
- Gross margin of $6.1 million, or 20.3% of revenue
- Record product backlog of $175.5 million and record Factory Protection Plan (FPP) backlog of $61.0 million as of December 31, 2014
- Cash balance increased to $40.9 million as of December 31, 2014

President and Chief Executive Officer Darren Jamison commented, "We delivered the highest quarterly gross margin percentage in the history of Capstone during the third quarter, despite a 19% decline in revenue year-over-year driven by continuing global macroeconomic headwinds and the strong U.S. dollar. This is a performance milestone that underscores the operational transformation and cost structure improvements that we have implemented over the past several years. In addition, the advancements in our aftermarket services business have led to lower warranty expense and a decrease in reliability repair as the C200 and C1000 Series product continues to mature. We now have a record level of Factory Protection Plan (FPP) backlog, representing 26% of our record total product and FPP backlog at December 31, 2014, and the margins on our FPP contracts continue to improve. Our distribution channels get stronger every quarter, our cash balance remains very healthy, and we are experiencing pockets of strength in key geographic and vertical markets. Even as global macroeconomic forces continue to impact our business, these company-specific trends bode well for our performance going forward."

**Third Quarter 2015 Financial Summary**

Revenue for the third quarter of Fiscal 2015 was $30.1 million, compared to $32.2 million for the second quarter of Fiscal 2015, and $37.0 million for the third quarter of Fiscal 2014.

Capstone's product backlog as of December 31, 2014 was $175.5 million, compared to $172.3 million at September 30, 2014, and $160.4 million at December 31, 2013.

Gross margin for the third quarter of Fiscal 2015 was $6.1 million, or 20.3% of revenue, compared to $5.2 million, or 16.3% of revenue, for the second quarter of Fiscal 2015, and $7.3 million, or 19.8% of

revenue, for the third quarter of Fiscal 2014.

Research and development expenses were $2.4 million for the third quarter of Fiscal 2015, compared to $2.1 million for the second quarter of Fiscal 2015, and $2.3 million for the third quarter of Fiscal 2014.

Selling, general and administrative expenses were $7.5 million for the third quarter of Fiscal 2015, compared to $9.5 million for the second quarter of Fiscal 2015 and $7.0 million for the third quarter of Fiscal 2014.

Capstone's net loss was $3.9 million, or $0.01 loss per share, for the third quarter of Fiscal 2015, compared to a net loss of $6.5 million, or $0.02 loss per share, for the second quarter of Fiscal 2015, and a net loss of $2.2 million, or $0.01 loss per share, for the third quarter of Fiscal 2014. Capstone's loss from operations for the third quarter of Fiscal 2015 was $3.8 million, compared to $6.4 million for the second quarter of Fiscal 2015, and $1.9 million for the third quarter of Fiscal 2014.

**Liquidity and Capital Resources**

At December 31, 2014, cash and cash equivalents totaled $40.9 million, compared to $40.8 million at September 30, 2014, and $31.6 million at December 31, 2013.
During the quarter ended December 31, 2014, cash used in operating activities was $1.8 million and capital expenditures totaled $0.2 million. This compares to cash used in operating activities of $3.8 million and $0.2 million in capital expenditures during the quarter ended December 31, 2013.

32.    On the same day, Capstone filed its Quarterly Report with the SEC on Form 10-Q for the fiscal quarter ended December 31, 2014.  The Company's Form 10-Q was signed by Defendant Reich, and reaffirmed the Company's financial results previously announced on the same day.   The Form 10-Q contained certifications pursuant to SOX, signed by Defendants Jamison and Reich, substantially similar to the certifications described in ¶22, *supra*.

33.    On June 15, 2015, Capstone issued a press release entitled, "Capstone Turbine Announces Fourth Quarter and Fiscal Year 2015 Operating Results." Therein, the Company, in relevant part, stated:

CHATSWORTH, Calif., June 15, 2015 (GLOBE NEWSWIRE) -- **Capstone Turbine Corporation** (Nasdaq:CPST), the world's leading clean technology manufacturer of microturbine energy systems, today announced its financial results for the fourth quarter and fiscal year ended March 31, 2015.

**Highlights**

- Gross margin of $18.3 million, or 16% of revenue, for Fiscal 2015
- Gross margin as a percentage of revenue flat compared to Fiscal 2014 despite a 13% decline in revenue, reflecting operational improvements to the cost structure
- Accessories, parts and service revenue up 7%
- Factory Protection Plan (FPP) backlog of $61.2 million as of March 31, 2015
- Cash balance of $32.2 million as of March 31, 2015

President and Chief Executive Officer Darren Jamison commented, "In Fiscal 2015, Capstone adapted to challenging global and economic market dynamics in ways that have made us a more resilient company today and for the future. We continued to make significant progress in strengthening our company by further diversifying our business, growing and maturing our distribution network, improving our product reliability, expanding into promising new geographies, and implementing cost savings. However, our progress was eclipsed by headwinds from the dramatic downturn of the oil markets, a substantially stronger U.S. dollar making our products more expensive overseas, and on-going geopolitical tensions in Russia, North Africa and the Middle East. These conditions impacted our business in Fiscal 2015, but they also prompted us to closely evaluate areas of our business that are within our control. As a result, we have taken decisive actions that ultimately have made Capstone stronger, leaner, more flexible and better positioned for growth than ever before. We look forward to regaining our growth momentum over the next year ahead."

**Fourth Quarter 2015 Financial Summary**

Revenue for the fourth quarter of Fiscal 2015 was $29.9 million, compared to $30.1 million for the third quarter of Fiscal 2015, and $36.4 million for the fourth quarter of Fiscal 2014.

Capstone's product backlog as of March 31, 2015 was $165.7 million, compared to $175.5 million at December 31, 2014, and $171.6 million at March 31, 2014.

Gross margin for the fourth quarter of Fiscal 2015 was $3.5 million, or 11.8% of revenue, compared to $6.1 million, or 20.3% of revenue, for the third quarter of Fiscal 2015, and $6.1 million, or 16.9% of revenue, for the fourth quarter of Fiscal 2014. Gross margin for the fourth quarter of Fiscal 2015 was impacted by a $1.2 million non-cash charge for slow-moving inventory related to the Company's waste heat recovery generator product. In addition, cost of goods sold for the quarter included $0.7 million of product shipped without recognizing the associated revenue. Without these two items, gross margin for the fourth quarter of 2015 would have been $5.4 million, or 18.0% of

revenue.

Research and development expenses were $2.9 million for the fourth quarter of Fiscal 2015, compared to $2.4 million for the third quarter of Fiscal 2015, and $2.5 million for the fourth quarter of Fiscal 2014.

Selling, general and administrative expenses were $14.7 million for the fourth quarter of Fiscal 2015, compared to $7.5 million for the third quarter of Fiscal 2015 and $6.8 million for the fourth quarter of Fiscal 2014. The Company recorded a bad debt expense of approximately $7.1 million during the fourth quarter of Fiscal 2015 against receivables owed to us by one of our Russian distributors that has been impacted by the steep decline of the Russian ruble. In comparison, the Company had no such expense of this magnitude during the third quarter of 2015 or fourth quarter of 2014.

Capstone's net loss was $14.3 million, or $0.05 loss per share, for the fourth quarter of Fiscal 2015, compared to a net loss of $3.9 million, or $0.01 loss per share, for the third quarter of Fiscal 2015, and a net loss of $3.4 million, or $0.01 loss per share, for the fourth quarter of Fiscal 2014.  Capstone's loss from operations for the fourth quarter of Fiscal 2015 was $14.1 million, compared to $3.8 million for the third quarter of Fiscal 2015, and $3.1 million for the fourth quarter of Fiscal 2014.

**Fiscal Year 2015 Financial Summary**

Revenue for Fiscal 2015 was $115.5 million, compared to $133.1 million for Fiscal 2014.

Fiscal 2015 gross margin was $18.3 million, or 16% of revenue, compared to Fiscal 2014 gross margin of $21.7 million, or 16% of revenue. While annual revenue decreased 13%, gross margin percentage was flat compared to Fiscal 2014. The change in gross margin dollars was driven by multiple factors, including lower royalty expense of $1.2 million, lower production and service center labor and overhead expense of $1.0 million and lower warranty expense of $0.4 million. The positive impact of these factors was offset by the adverse impact of lower volume, lower average selling prices and a change in product mix of $5.0 million, and higher inventory charges of $1.0 million.

Research and development expenses were $9.7 million for Fiscal 2015, compared to $9.0 million for Fiscal 2014. Benefits from cost-sharing programs decreased by approximately $0.9 million to $0.5 million in Fiscal 2015 from $1.4 million in Fiscal 2014. In addition, professional services expense decreased by $0.2 million in Fiscal 2015 as compared to the previous year.

Selling, general and administrative expenses were $39.5 million for Fiscal 2015, compared to $28.0 million for Fiscal 2014. The net increase in SG&A expenses was comprised of a $9.9 million increase in bad debt reserve (of which $7.1 million was recorded in the fourth quarter of Fiscal 2015 as referenced above) along with increases in salaries, professional services, marketing and business travel expense, partially offset by a decrease in facilities and supplies expense.

Net loss was $31.5 million, or a $0.10 loss per share, for Fiscal 2015, compared to a net loss of $16.3 million, or a $0.05 loss per share, for Fiscal 2014.  Capstone's loss from operations was $30.9 million for Fiscal 2015, compared to a loss from operations of $15.3 million for Fiscal 2014.

**Liquidity and Capital Resources**

At March 31, 2015, cash and cash equivalents totaled $32.2 million, compared to $40.9 million at December 31, 2014, and $27.9 million at March 31, 2014.
During the quarter ended March 31, 2015, cash used in operating activities was $6.6 million and capital expenditures totaled $0.4 million. This compares to cash used in operating activities of $3.8 million and $0.4 million in capital expenditures during the quarter ended March 31, 2014.

During Fiscal 2015, Capstone used $23.0 million of cash in operating activities and spent $1.6 million in capital expenditures. This compares to cash used in operating activities of $15.4 million and $1.2 million in capital expenditures during Fiscal 2014.

**Subsequent Event**

As previously announced, in April 2015, the Company took actions to flatten the organization and streamline internal operations to better foster innovation and creativity, focus on product improvements, and broaden aftermarket services. These actions are expected to lower operating costs and result in an estimated $2 million in annual savings after payment of associated employee severance benefits.

34.    On the same day, Capstone filed its Annual Report with the SEC on Form 10-K for the fiscal year ended March 31, 2015.  The Company's Form 10-K was signed by Defendant Brooks, and reaffirmed the Company's financial results previously announced on the same day.  The Form 10-K contained certifications pursuant to SOX, signed by Defendants Jamison and Brooks, substantially similar to the certifications described in ¶22, *supra*.

35.    On August 6, 2015, Capstone issued a press release entitled, "Capstone Turbine Q1 Total Revenue Increases 16% Year-Over-Year and Gross Profit Margin Increases 200 Basis Points."  Therein, the Company, in relevant part, stated:

CHATSWORTH, Calif., Aug. 6, 2015 (GLOBE NEWSWIRE) -- Capstone Turbine Corporation (Nasdaq:CPST) (www.capstoneturbine.com), the world's leading clean technology manufacturer of microturbine energy systems, reports financial results and business highlights for its first quarter of fiscal 2016, ended June 30, 2015.

Total revenue for the first quarter of fiscal 2016 was $27.0 million, compared with $23.3 million for the same quarter a year ago, which is an increase of 16%.

"We are off to a great start for the fiscal year, with revenue rebounding as we recorded our second-best level of Q1 revenue in our company's 20-year history," said Darren Jamison, President and Chief Executive Officer. "We continued to experience strong revenue from our aftermarket service business and benefitted from strength in our combined heat and power (CHP) business as the energy efficiency market remained robust. We also had improvements in our oil and gas business. Our geographical diversification is also paying off, as we are making good progress in developing our markets in Mexico, South America, Africa and the Middle East. These efforts come as we strive to build upon our business in areas with greater opportunities while minimizing our current exposure in Russia. This quarter's revenue did not include any product shipments to BPC Engineering, our Russian distributor, as compared to 13% of our revenue for the same period a year ago, demonstrating the success of our diversification strategy."

Mr. Jamison continued, "While the macroeconomic headwinds continued to be a factor this quarter, the steps we took to offset them are proving to be effective. We believe that our recently announced commitment by our global distributors to add 100 salespeople by the end of this calendar year and our increased marketing campaign will strengthen our efforts to capture additional market opportunities. We continue to focus on improving our products, building brand awareness and new channels to market as we build upon our diversified network of strategic distribution partners. All of this, combined with the actions we have taken to improve operating costs including the new management restructure and implement operating efficiencies, puts us in a strong position for what we believe will be a very important year for our company."

**Highlights of the Quarter:**

- First quarter revenue increased 16% to $27.0 million over the prior year's quarter. Product revenue increased 15% to $20.2 million and accessories, parts and service revenue increased 19% to $6.8 million over last year.

- Net loss decreased to $6.0 million compared with $6.8 million in the first quarter a year ago, despite a $0.6 million one-time charge to operating expenses for severance and other termination benefits in the first quarter of fiscal 2016.

- The CHP market remained strong and the oil and gas market improved.

- Gross profit margin increased more than 200 basis points to 17% from 15% in the same period a year ago.

- Revenue benefitted from strong contributions from the North American, Asian and South American markets this quarter.

- Capstone received several significant orders this quarter, including:

  - A groundbreaking C600 order in the Midwest for a new Open Access Technology International (OATI) data center and office facility.

  - An order for 25 C65 microturbines from an existing oil and gas customer that intends to use them for numerous facets of the shale oil and gas production process.

  - Two orders for C1000 microturbines for energy efficiency projects in New York City—one at a New York University research and learning facility and a second at the River Park Towers residential complex in the Bronx.

  - Received an order for a C1000 microturbine for a power generation facility owned by Kineticor Resource Corporation, a Canadian energy services company, for flare gas utilization.

  - Sold a C1000 to update an established solid waste treatment plant in Finland.

**Financial Highlights for the Fiscal First Quarter 2016**

Revenue for the first quarter of fiscal 2016 increased $3.7 million, or 16%, to $27.0 million from $23.3 million for the first quarter of fiscal 2015.

Total backlog as of June 30, 2015 was $160.5 million compared with $175.2 million as of June 30, 2014, and $165.7 million as of March 31, 2015.

Gross profit margin improved more than 200 basis points to 17% for the first quarter of fiscal 2016, compared with 15% for the first quarter of fiscal 2015, and was $4.7 million for the first quarter of 2016 compared with $3.4 million for the first quarter a year ago. The increase in the gross margin during the first quarter of fiscal 2016 compared to the first quarter of fiscal 2015 was primarily the result of a shift in product mix of $1.1 million, as the company sold a higher number of its C1000 Series systems and includes revenue that was recognized without associated direct material costs from prior periods, lower warranty expense of $0.2 million and lower production and service center overhead expenses of $0.1 million. The positive impact of these factors was partially offset by the adverse impact of an increase in royalty expense of $0.1 million.

Research & Development expenses for the first quarter of fiscal 2016

were $2.4 million, compared with $2.3 million for the first quarter of fiscal 2015.

Selling, General & Administrative expenses for the first quarter of fiscal 2016 were $8.1 million, which includes $0.5 million of severance and other one-time termination benefit charges, compared with $7.8 million for the first quarter of fiscal 2015.

Net loss for the quarter decreased 12% to $6.0 million, compared with $6.8 million for the first quarter a year ago. Net loss per share was $0.02, unchanged from the prior year's first quarter. Operating loss for the first quarter of fiscal 2016 was $5.8 million compared with a loss from operations of $6.8 million for the first quarter a year ago.

**Liquidity and Capital Resources**

At June 30, 2015, cash and cash equivalents were $22.4 million ($27.4 million when combined with restricted cash related to the Credit facility), compared to $32.2 million as of March 31, 2015.

During the quarter ended June 30, 2015, cash used in operating activities was $6.9 million and capital expenditures totaled $0.9 million. This compares with cash used in operating activities of $9.1 million and capital expenditures of $0.2 million in the first quarter a year ago.

36.     On the same day, Capstone filed its Quarterly Report with the SEC on Form 10-Q for the fiscal quarter ended June 30, 2015.  The Company's Form 10-Q was signed by Defendant Brooks, and reaffirmed the Company's financial results previously announced on the same day.  The Form 10-Q contained certifications pursuant to SOX, signed by Defendants Jamison and Reich, substantially similar to the certifications described in ¶22, *supra*.

37.     The above statements contained in ¶¶20-36 were false and/or misleading, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, these statements were false and/or misleading statements and/or failed to disclose: (1) that BPC, one of the Company's main Russian distributors, was unlikely to be able to fulfill many of its legal and

financial obligations to Capstone; (2) that Capstone failed to make appropriate adjustments to its accounts receivable and backlog to account for BPC's inability to fulfill its obligations to Capstone; (3) that, as such, Capstone issued financial statements in violation of GAAP; (4) that the Company lacked adequate internal controls over accounting; and (5) that, as a result of the foregoing, the Company's financial statements, as well as Defendants' statements about Capstone's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

38.    On October 1, 2015, Capstone issued a press release disclosing that its preliminary second quarter earnings were "notably below management's expectations and analysts' consensus estimates as continued headwinds in the oil and gas market and a strong U.S. dollar delayed orders and shipments in the quarter."  The Company further disclosed that it "received no significant payments from its Russian distributor, who until recently was one of [its] largest customers."

39.    On this news, shares of Capstone fell $0.09 per share, or more than 25%, to close at $0.25 on October 1, 2015, on unusually heavy trading volume.

40.    The above statements contained in ¶38 were false and/or misleading, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, these statements were false and/or misleading statements and/or failed to disclose: (1) that BPC, one of the Company's main Russian distributors, was unlikely to be able to fulfill many of its legal and

financial obligations to Capstone; (2) that Capstone failed to make appropriate adjustments to its accounts receivable and backlog to account for BPC's inability to fulfill its obligations to Capstone; (3) that, as such, Capstone issued financial statements in violation of GAAP; (4) that the Company lacked adequate internal controls over accounting; and (5) that, as a result of the foregoing, the Company's financial statements, as well as Defendants' statements about Capstone's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

### Disclosure at the End of the Class Period

41.     On November 5, 2015, after the market closed, Capstone disclosed its second quarter, 2015 results.  The Company disclosed a net loss of $7.9 million or $0.02 per share for the quarter.

42.     On this news, shares of Capstone fell $0.02 per share, or more than 7%, to close at $0.20 on November 6, 2015, on unusually heavy trading volume.

### CAPSTONE'S VIOLATION OF GAAP RULES IN ITS FINANCIAL STATEMENTS FILED WITH THE SEC

43.     These financial statements and the statements about the Company's financial results were false and misleading, as such financial information was not prepared in conformity with GAAP, nor was the financial information a fair presentation of the Company's operations due to the Company's improper handling of accounts receivable, in violation of GAAP rules.

44.     GAAP are those principles recognized by the accounting profession as the conventions, rules and procedures necessary to define accepted accounting practice at a particular time.  Regulation S-X (17 C.F.R. § 210.4-01(a)(1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate.  Regulation S-X requires that interim financial statements must also comply with GAAP, with the exception that interim financial statements need not include disclosure which would be duplicative of disclosures accompanying annual financial statements. 17 C.F.R. § 210.10-01(a).

45.     Given the Company's improper handling of accounts receivable, the Company announced financial results that were in violation of GAAP and the following principles:

(a)     The principle that "interim financial reporting should be based upon the same accounting principles and practices used to prepare annual financial statements" was violated (APB No. 28, 10);

(b)     The principle that "financial reporting should provide information that is useful to present to potential investors and creditors and other users in making rational investment, credit, and similar decisions" was violated (FASB Statement of Concepts No. 1, 34);

(c)     The principle that "financial reporting should provide information about the economic resources of Capstone, the claims to those resources, and effects of transactions, events, and circumstances that change

resources and claims to those resources" was violated (FASB Statement of Concepts No. 1, 40);

(d)     The principle that "financial reporting should provide information about Capstone's financial performance during a period" was violated (FASB Statement of Concepts No. 1, 42);

(e)     The principle that "financial reporting should provide information about how management of Capstone has discharged its stewardship responsibility to owners (stockholders) for the use of Capstone resources entrusted to it" was violated (FASB Statement of Concepts No. 1, 50);

(f)     The principle that "financial reporting should be reliable in that it represents what it purports to represent" was violated (FASB Statement of Concepts No. 2, 58-59);

(g)     The principle that "completeness, meaning that nothing is left out of the information that may be necessary to insure that it validly represents underlying events and conditions" was violated (FASB Statement of Concepts No. 2, 79); and

(h)     The principle that "conservatism be used as a prudent reaction to uncertainty to try to ensure that uncertainties and risks inherent in business situations are adequately considered" was violated (FASB Statement of Concepts No. 2, 95).

46.     The adverse information concealed by Defendants during the Class

Period and detailed above was in violation of Item 303 of Regulation S-K under the federal securities law (17 C.F.R. §229.303).

## CLASS ACTION ALLEGATIONS

47.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all those who purchased Capstone's securities between November 7, 2013 and November 5, 2015, inclusive (the "Class Period") and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

48.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Capstone's securities were actively traded on the Nasdaq Stock Market (the "NASDAQ").  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Millions of Capstone shares were traded publicly during the Class Period on the NASDAQ.  As of October 31, 2013, Capstone had 309,922,737 shares of common stock outstanding.   And, on November 9, 2015, the Company completed a 1:20 Reverse stock split. Record owners and other members of the Class may be identified from records maintained

by Capstone or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

49.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

50.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

51.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Capstone; and

(c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

52.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is

impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

53.    The market for Capstone's securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, Capstone's securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Capstone's securities relying upon the integrity of the market price of the Company's securities and market information relating to Capstone, and have been damaged thereby.

54.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Capstone's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  Said statements and omissions were materially false and/or misleading in that they failed to disclose material adverse information and/or misrepresented the truth about Capstone's business, operations, and prospects as alleged herein.

55.    At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial

contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Capstone's financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## LOSS CAUSATION

56.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

57.     During the Class Period, Plaintiff and the Class purchased Capstone's securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

58.     As alleged herein, Defendants acted with scienter in that Defendants

knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding Capstone, his/her control over, and/or receipt and/or modification of Capstone's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Capstone, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

59.    The market for Capstone's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Capstone's securities traded at artificially inflated prices during the Class Period.  March 19, 2014, the Company's stock closed at a Class Period high of $2.45 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Capstone's securities and market information relating to Capstone, and have been damaged thereby.

60.     During the Class Period, the artificial inflation of Capstone's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Capstone's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Capstone and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

61.     At all relevant times, the market for Capstone's securities was an efficient market for the following reasons, among others:

(a)     Capstone stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)     As a regulated issuer, Capstone filed periodic public reports with the SEC and/or the NASDAQ;

(c)     Capstone regularly communicated with public investors *via* established market communication mechanisms, including through regular

dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Capstone was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms.   Each of these reports was publicly available and entered the public marketplace.

62.    As a result of the foregoing, the market for Capstone's securities promptly digested current information regarding Capstone from all publicly available sources and reflected such information in Capstone's stock price. Under these circumstances, all purchasers of Capstone's securities during the Class Period suffered similar injury through their purchase of Capstone's securities at artificially inflated prices and a presumption of reliance applies.

**NO SAFE HARBOR**

63.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no

meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Capstone who knew that the statement was false when made.

### FIRST CLAIM
**Violation of Section 10(b) of
The Exchange Act and Rule 10b-5
Promulgated Thereunder Against All Defendants**

64.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

65.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Capstone's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

66.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Capstone's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5.  All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

67.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Capstone's financial well-being and prospects, as specified herein.

68.     These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Capstone's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Capstone and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth

more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

69.   Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

70.   The defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or

omissions were done knowingly or recklessly and for the purpose and effect of concealing Capstone's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities.  As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

71.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Capstone's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Capstone's securities during the Class Period at artificially high prices and were damaged thereby.

72.    At the time of said misrepresentations and/or omissions, Plaintiff and

other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Capstone was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Capstone securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

73.   By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

74.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM
### Violation of Section 20(a) of
### The Exchange Act Against the Individual Defendants

75.   Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

76.   The Individual Defendants acted as controlling persons of Capstone within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate

knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.    The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

77.    In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

78.    As set forth above, Capstone and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint.   By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated:  November 16, 2015              GLANCY PRONGAY & MURRAY LLP


                                       By:  *s/ Robert V. Prongay*
                                       Lionel Z. Glancy
                                       Robert V. Prongay
                                       Lesley F. Portnoy
                                       1925 Century Park East, Suite 2100
                                       Los Angeles, CA 90067
                                       Telephone:  (310) 201-9150
                                       Facsimile:   (310) 201-9160

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff David Kinney*

## SWORN CERTIFICATION OF PLAINTIFF

## CAPSTONE TURBINE CORP. SECURITIES LITIGATION

I, David Kinney, certify that:

1.      I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase Capstone Turbine Corp., the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.      I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.      My transactions in Capstone Turbine Corp. during the Class Period set forth in the Complaint are as follows:

        (See Attached Transactions)

5.      I have not served as a representative party on behalf of a class under this title during the last three years, except for the following:

6.      I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


11/16/2015
_____
Date

DocuSigned by:

*David Kinney*
3B22F6FA5D79438...
_____
David Kinney

**David Kinney's Transactions in**
**Capstone Turbine Corp (CPST)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/25/2014 | Bought | 300 | $1.0500 |
| 1/15/2015 | Bought | 500 | $0.7000 |
| 5/6/2015 | Bought | 700 | $0.5300 |
| 6/30/2015 | Bought | 1,000 | $0.3850 |
| 7/27/2015 | Bought | 1,000 | $0.3031 |
| 8/3/2015 | Sold | -1,000 | $0.3675 |
| 10/1/2015 | Bought | 2,000 | $0.2380 |
| 10/1/2015 | Bought | 1,500 | $0.2980 |