UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 15-8914-DMG (RAOx)** | Date | January 25, 2016 |
|---|---|---|---|

| Title | *David Kinney v. Capstone Turbine Corp. et al.* |
|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS – ORDER RE MOVANT CAPSTONE INVESTOR GROUP'S WITHDRAWAL OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL [42]**

The Court has reviewed Movant Capstone Investor Group's withdrawal of motion ("Withdrawal") [Doc. # 42].  As Movant Capstone's motion for consolidation of related actions, appointment as lead plaintiff, and approval of selection of counsel [Doc. # 19] has been withdrawn, the February 12, 2016 hearing as to the above-entitled motion is VACATED.

IT IS SO ORDERED.

CV-90                         **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk <u>KT</u>