1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| *In re Capstone Turbine Corp. Sec. Litig.* | Case No.: CV 15-8914-DMG (RAOx) |
| | |
| | **ORDER RE JOINT STIPULATION FOR DISMISSAL OF CLAIMS AGAINST EDWARD I. REICH [70]** |

17
18
19
20
21
22
23
24
25
26
27
28

1         Pursuant to the Joint Stipulation of Dismissal, IT IS HEREBY ORDERED

2    that all claims brought in this action against Defendant Edward I. Reich are hereby

3    dismissed without prejudice; and the parties shall each bear their own costs and

4    attorneys' fees.  Further, Defendant Edward I. Reich's motion to dismiss

5    consolidated amended class action complaint as to decedent Edward I Reich [Doc.

6    # 69] is DENIED without prejudice as moot.

7    IT IS SO ORDERED.

8

9    DATED:  July 13, 2016                          _____

10                                                  DOLLY M. GEE
                                                    UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28