UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CAPSTONE TURBINE CORP. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>　　ALL ACTIONS. | Case No.: CV 15-8914-DMG (RAOx)<br><br>ORDER RE JOINT STIPULATION TO VACATE DATES AND SET DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT [108] |

The Joint Stipulation to Vacate Dates and Set Date to File Motion For Preliminary Approval of Settlement having been considered, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. In light of the agreement in principle reached by the parties to settle this action, all pending dates are vacated;

2. Plaintiffs will file their motion for preliminary approval of the settlement within 60 days of the Court's approval of this Stipulation, or will provide the Court with an update at that time.

DATED: November 21, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE