UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CAPSTONE TURBINE CORP. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.: CV 15-8914-DMG (RAOx)<br><br>**ORDER RE JOINT STIPULATION TO EXTEND DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT [110]** |

1    The Joint Stipulation to Extend Date to File Motion for Preliminary
2 Approval of Settlement having been considered, and good cause appearing
3 therefore,
4    IT IS HEREBY ORDERED that Plaintiffs will submit their motion for
5 preliminary approval of the settlement by March 7, 2019, or will provide the Court
6 with an update at that time.
7   IT IS SO ORDERED.

9  DATED:  January 22, 2019                    */s/ Dolly M. Gee*
                                               DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE