UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CAPSTONE TURBINE CORP. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.: CV 15-8914-DMG (RAOx)<br><br>ORDER RE JOINT STIPULATION TO EXTEND DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT [114] |

1       The Joint Stipulation to Extend Date to File Motion for Preliminary Approval of Settlement having been considered, and good cause appearing therefor,

      IT IS HEREBY ORDERED that Plaintiffs will submit their motion for preliminary approval of the settlement by April 12, 2019, or will provide the Court with an update at that time.

      **IT IS SO ORDERED.**

DATED: April 4, 2019                                _____
                                                             DOLLY M. GEE
                                                             UNITED STATES DISTRICT JUDGE