GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
Stan Karas (#222402)
Christopher R. Fallon (#235684)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re CAPSTONE TURBINE CORPORATION SECURITIES LITIGATION | Lead Case No.: 2:15-CV-08914-DMG-RAOx<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT**<br><br>Date: May 10, 2019<br>Time: 9:30 a.m.<br>Crtm: 8C<br>Judge: Hon. Dolly M. Gee |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 10, 2019 at 9:30 a.m., or as soon thereafter as the Parties may be heard in the Courtroom of the Honorable Dolly M. Gee, located at 350 West 1st Street, Los Angeles, CA 90012, Courtroom 8C, 8th Floor, Lead Plaintiffs Randall and Elizabeth Kay ("Lead Plaintiffs") and plaintiffs David Kinney and John Perez (collectively, "Plaintiffs") will, and hereby do, move the Court for entry of the Preliminary Approval Order, attached as Exhibit A to the Stipulation and Agreement of Settlement (the "Stipulation"),[1] which provides for:

    1.     Preliminary approval of the proposed Settlement;

    2.     Preliminary certification of a Settlement Class;

    3.     Approval of the form and method for giving notice, as set forth in the Stipulation; and

    4.     Setting a date for a final hearing (the "Settlement Hearing") to determine: (i) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (ii) finally certifying the Settlement Class; and (iii) Lead Counsel's application for an award of attorneys' fees and expenses, which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Casey E. Sadler and exhibits thereto, the pleadings and papers on file in this matter, and such further evidence and argument as may be presented at the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 10, 2019. Lead Counsel conferred with Defendants'

---

[1] The Stipulation is attached to the Declaration of Casey E. Sadler, which is filed concurrently herewith.

NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
1

counsel with respect to this motion prior to filing, and Defendants' counsel have authorized Lead Counsel to represent that Defendants do not oppose this motion.

DATED: April 12, 2019   GLANCY PRONGAY & MURRAY LLP

By: */s/ Casey E. Sadler*
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Stan Karas
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 12, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2019, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler