GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
Stan Karas (#222402)
Christopher R. Fallon (#235684)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re CAPSTONE TURBINE CORPORATION SECURITIES LITIGATION | Lead Case No.: 2:15-CV-08914-DMG-RAOx<br><br>**DECLARATION OF CASEY E. SADLER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT**<br><br>Date: May 10, 2019<br>Time: 9:30 a.m.<br>Crtm: 8C<br>Judge: Hon. Dolly M. Gee |

I, Casey E. Sadler, declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner with the law firm of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Lead Plaintiffs and the proposed Settlement Class. I have personal knowledge of the facts set forth herein and if called upon to testify I could and would do so truthfully and accurately. I submit this declaration, together with the attached exhibits, in support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement filed concurrently herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated April 12, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of the firm résumé of Glancy Prongay & Murray LLP.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting Unopposed Motion for Preliminary Approval of Settlement in *Crihfield v. CytRx Corporation et al.*, 2:16-cv-05519-SJO-SK (C.D. Cal. June 20, 2018)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of April, 2019, at Los Angeles, California.

*/s/ Casey E. Sadler*
Casey E. Sadler

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 12, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2019, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler