**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
Stan Karas (#222402)
Christopher R. Fallon (#235684)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CAPSTONE TURBINE CORPORATION SECURITIES LITIGATION | Lead Case No.: 2:15-CV-08914-DMG-RAOx |
| | **LEAD COUNSEL'S NOTICE OF MOTION AND MOTION  FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |
| | Date:      November 15, 2019<br>Time:      10:00 a.m.<br>Crtm:      8C<br>Judge:    Hon. Dolly M. Gee |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's Order Granting Preliminary Approval of Settlement (Dkt. No. 122), on November 15, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable R. Dolly M. Gee, United States District Judge, Central District of California, located at 350 West 1st Street, Courtroom 8C, 8th Floor, Los Angeles, CA, 90012, Lead Counsel Glancy Prongay & Murray LLP will and hereby do move the Court for an Order awarding attorneys' fees and reimbursement of Litigation Expenses.[1]

This motion is based on the concurrently filed Memorandum of Points and Authorities in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the Declaration of Casey E. Sadler in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, as well as the pleadings and papers on file in this Action and any further evidence and argument as may be presented at the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 19, 2019. Lead Counsel conferred with Defendants' counsel with respect to this motion prior to filing, and Defendants' Counsel have authorized Lead Counsel to represent that Defendants do not take a position on the motion.

A proposed order granting the requested relief is submitted herewith. An updated version of the proposed order will be submitted with Plaintiffs' Motion for

---

[1] All capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated April 12, 2019. Dkt. No. 118-1.

Final Approval of Class Action Settlement and Plan of Allocation after the deadline for objecting to Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses has passed.

DATED:  September 24, 2019        **GLANCY PRONGAY & MURRAY LLP**


By:  _/s/ Casey E. Sadler_
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Stan Karas
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.   On September 24, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on September 24, 2019, at Los Angeles, California.


*s/ Casey E. Sadler*
Casey E. Sadler