**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
Stan Karas (#222402)
Christopher R. Fallon (#235684)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CAPSTONE TURBINE CORPORATION SECURITIES LITIGATION | Lead Case No.: 2:15-CV-08914-DMG-RAOx |
| | **PLAINTIFFS' NOTICE OF MOTION AND MOTION  FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |
| | Date:     November 15, 2019 |
| | Time:     10:00 a.m. |
| | Crtm:     8C |
| | Judge:   Hon. Dolly M. Gee |

1   **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR**

2   **ATTORNEYS OF RECORD:**

3      PLEASE TAKE NOTICE that pursuant to Rule 23(e) of the Federal Rules of

4   Civil Procedure and the Court's Order Granting Preliminary Approval of Settlement

5   (Dkt. No. 122), on November 15, 2019, at 10:00 a.m., or as soon thereafter as counsel

6   may be heard, in the Courtroom of the Honorable Dolly M. Gee, United States District

7   Judge, Central District of California, located at 350 West 1st Street, Courtroom 8C, 8th

8   Floor,  Los Angeles, CA, 90012, Lead Plaintiffs Randall and Elizabeth Kay

9   (collectively "Lead Plaintiffs"), and named plaintiffs David Kinney and John Perez

10  (collectively "Named Plaintiffs" and together with Lead Plaintiffs, "Plaintiffs") will and

11  hereby do move the Court for: (1) entry of the proposed Judgment Approving Class

12  Action Settlement; and (2) entry of the [Proposed] Order Approving Plan of Allocation

13  of the Net Settlement Fund.[1]

14     This motion is based on the concurrently filed Memorandum of Points and

15  Authorities in Support of Plaintiffs' Motion for Final Approval of Class Action

16  Settlement and Plan of Allocation, and the previously filed Declaration of Casey E.

17  Sadler in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action

18  Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of

19  Attorneys' Fees and Reimbursement of Litigation Expenses (Dkt. No. 127), as well as

20  the pleadings and papers on file in this Action and any further evidence and argument

21  as may be presented at the hearing.

22     This motion is made following the conference of counsel pursuant to Local Rule

23  7-3, which took place on October 17, 2019.  Lead Counsel conferred with Defendants'

24  counsel with respect to this motion prior to filing, and Defendants' Counsel have

25  authorized Lead Counsel to represent that Defendants do not oppose this motion where

26  it addresses the bases for final approval of the Settlement and Plan of Allocation.  As to

27
28  ---

[1] All capitalized terms have the meanings set forth in the Stipulation and Agreement of
Settlement dated April 12, 2019.  Dkt. No. 118-1.

1   any portion of this motion that is submitted in further support of  Lead Counsel's

2   Motion for an Award of Attorneys' Fee and Reimbursement of Litigation Expenses,

3   Defendants' Counsel have authorized Lead Counsel to represent that Defendants do not

4   take a position on the motion.

5          Proposed orders granting the requested relief is submitted herewith.  In addition,

6   an updated version of the proposed order previously submitted with Lead Counsel's

7   application for an award of attorneys' fees and reimbursement of Litigation Expenses is

8   also submitted herewith.

9   DATED:  October 25, 2019          **GLANCY PRONGAY & MURRAY LLP**

10

11

12                                     By:  _/s/ Casey E. Sadler_
                                       Lionel Z. Glancy
13                                     Robert V. Prongay
                                       Casey E. Sadler
14                                     Stan Karas
                                       Christopher R. Fallon
15                                     1925 Century Park East, Suite 2100
                                       Los Angeles, California 90067
16                                     Telephone:  (310) 201-9150
                                       Facsimile:  (310) 201-9160
17                                     Email:  info@glancylaw.com
18
19                                     *Lead Counsel for Plaintiffs and the Settlement*
20                                     *Class*
21
22
23
24
25
26
27
28

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On October 25, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 25, 2019, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler